■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO PILETAS, Appellant. [995 NYS2d 919]—

Appeal by the defendant from a resentence of the Supreme Court, Kings County (Parker, J.), imposed February 23, 2012, upon his conviction of manslaughter in the first degree, the resentence being a period of postrelease supervision in addition to the determinate term of imprisonment previously imposed by the same court (Kreindler, J.) on April 7, 2000.

Ordered that the resentence is affirmed.

Inasmuch as the defendant had not yet completed serving his originally imposed sentence of imprisonment when he was resentenced, his resentencing to a term that including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621, 630-633 [2011]; *People v Curtis*, 119 AD3d 705 [2014]; *People v York*, 118 AD3d 926 [2014]; *People v Harrison*, 112 AD3d 967 [2013]). Rivera, J.P., Hall, Austin, Miller and Maltese, JJ., concur.